987 A.2d 554

IN THE MATTER OF NINO F. FALCONE,
AN ATTORNEY AT LAW.

December 15, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09-102, concluding that **NINO F. FALCONE** of **NORTH BERGEN,** who was admitted to the bar of this State in 1984, should be censured for violating *RPC* 1.7(b) (concurrent conflict of interest), *RPC* 1.15(a) (failure to safeguard funds), and *RPC* 8.4(c) (misrepresentation), and good cause appearing;

It is ORDERED that **NINO F. FALCONE** is hereby censured; and it is

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20-17.